# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | | |
|---|---|---|
| GERALD H. LOWERY, SR., <br> ADC #171920, | * <br> * <br> * | |
| Petitioner, | * | |
| v. | * | No. 4:22-cv-00391-JJV |
| | * | |
| DEXTER PAYNE, Director, <br> Arkansas Division of Correction, | * <br> * <br> * | |
| Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 29th day of September 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE